**Dismissed and Opinion Filed January 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00904-CV

### IN THE INTEREST OF D.P.B. AND D.Z.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-12682**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Bridges

Before the Court is appellant Yanika Daniels's January 5, 2018 agreed motion to dismiss the appeal. Appellant has informed the Court that the order serving the basis for this appeal has since been vacated. Therefore, she no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

170904F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.P.B. AND
D.Z.B., CHILDREN,

No. 05-17-00904-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-05-12682.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

As agreed by the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered January 19, 2018.